IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00077-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

$4,906.62 SEIZED FROM TCF BANK ACCOUNT # 8439711606;
$1,233.78 SEIZED FROM TCF BANK ACCOUNT # 9857130129;
$1,016.58 SEIZED FROM US BANK ACCOUNT #103679144933;
$2,000.06 SEIZED FROM US BANK ACCOUNT # 203683652366;
$1,330.35 SEIZED FROM ANB BANK ACCOUNT #71128034;
$2,823.96 SEIZED FROM ROCKY MTN. BANK & TRUST ACCOUNT # 528099;
$2,167.88 SEIZED FROM ROCKY MTN. BANK & TRUST ACCOUNT # 287571;
$2,045.21 SEIZED FROM WELLS FARGO BANK ACCOUNT # 1226274536; and
$2,602.43 SEIZED FROM WELLS FARGO BANK ACCOUNT # 7318117251,

        Defendants.

_____

DEFAULT AND FINAL ORDER OF FORFEITURE
_____

THIS MATTER comes before the Court on the United States' Motion for Default and Final Order of Forfeiture as to defendant[s] property, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action in rem pursuant to 18 U.S.C. § 2428(b);

THAT all known interested parties have been provided an opportunity to respond and that publication has been effected as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

THAT after proper notice, neither the known potential claimants, nor any other third party, has filed a Claim or Answer as to Defendants Currency as required by Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions;

THAT Entry of Default was entered by the Clerk of the Court on March 18, 2015.  (Doc. 9).

THAT based upon the facts and verification set forth in the Verified Complaint, it appears by a preponderance of the evidence that there was reasonable cause for the seizure of Defendants Currency.  It further appears that there is cause to issue a forfeiture order under 18 U.S.C. § 2428(b);

THAT the facts and verifications as set forth in the Verified Complaint provide probable cause and an ample basis by a preponderance of the evidence for a final Judgment and Order of Forfeiture as to Defendants Currency;

THAT the Clerk of Court shall be directed to enter Judgment as to defendant;

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT default and forfeiture of Defendants Currency, including all right, title, and interest is hereby entered in favor of the United States pursuant to 18 U.S.C. § 2428(b);

THAT the United States shall have full and legal title as to Defendants Currency and may dispose of said Currency in accordance with law; and

THAT the Clerk of Court is directed to enter Judgment as to Defendants Currency.

SO ORDERED this    23rd    day of     March    , 2015.

BY THE COURT:


　　　s/Lewis T. Babcock　　　　　　
LEWIS T. BABCOCK
U.S. District Court Senior Judge